IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ATLANTIC RECORDING CORP., et al.,

        Plaintiffs,                No. CIV S-07-0148 FCD DAD

    vs.

JAMES LAWSON,

        Defendant.              ORDER

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On July 30, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed July 30, 2007, are adopted in full;

        2. Plaintiffs' June 8, 2007 motion for default judgment is granted; and

3. The proposed default judgment and permanent injunction submitted by plaintiffs has been signed and will be filed concurrently with this order.

DATED: September 13, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE