UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; LONDON-SIRE RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership<br>Plaintiffs,<br><br>v.<br><br>JAMES LAWSON<br>Defendant. | CASE NO. 2:07-CV-00148-FCD-DAD<br><br>Honorable Frank C. Damrell, Jr.<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eight (8) sound recordings listed in Exhibit A to Plaintiffs' Complaint. Accordingly, having adjudged to be in default, Defendant James Lawson ("Defendant") shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Dragged Down," on album "Gift," by artist "Taproot" (SR# 305-703);
- "One Step Beyond," on album "One Step Beyond," by artist "Madness" (SR# 16-959);
- "Still the Same," on album "Stranger in Town," by artist "Bob Seger" (SR# 5-591);
- "Automobile," on album "Efil4zaggin'," by artist "NWA" (SR# 137-627);
- "Take My Breath Away," on album "Count Three and Pray," by artist "Berlin" (SR# 72-521);
- "Total Eclipse of the Heart," on album "Faster than the Speed of Night," by artist "Bonnie Tyler" (SR# 50-641);
- "Born Country," on album "Born Country," by artist "Alabama" (SR# 235-743);
- "Five O'Clock 500," on album "For The Record," by artist "Alabama" (SR# 251-269);

1  and in any other sound recording, whether now in experience or later created, that is
2  owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of
3  Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or
4  any online media distribution system to reproduce (i.e., download) any of Plaintiffs'
5  Recordings, to distribute (i.e., upload) and of Plaintiffs' Recordings, or to make any of
6  Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful
7  license or with the express authority of Plaintiffs.  Defendant shall also destroy all copies
8  of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or
9  server without Plaintiffs' authorization and shall destroy all copies of those downloaded
10 recordings transferred onto any physical medium or device in Defendant's possession,
11 custody, or control.
12 DATE:  September 13, 2007.

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE